HONORABLE RONALD B. LEIGHTON

1

2

3

4

5

6           UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
7                  AT TACOMA

8

9   IN THE MATTER OF MOUSSA SYLLA,       Case No. MC08-5009RBL
    A#93-436-832,
10                                        ORDER

11

12

13

14

15      THIS MATTER comes on before the above-entitled Court upon the Government's Status Report

16  Regarding Involuntary Feeding of Detainee.  According to the report, detainee Moussa Sylla was involuntarily

17  fed and hydrated by a plastic tube through his nasal passage on May 2-3, 2008.  Thereafter, he voluntarily

18  ingested a nutritional supplement and water; however, he continues to refuse to eat solid foods.  Due to Sylla's

19  history of hunger strikes and his continued refusal to eat solid food, the government requests that this case

20  remain open for 30 days so that additional emergency relief can quickly be sought from the Court in the event

21  involuntary feeding again becomes necessary.  The request is reasonable.  Therefore, the Clerk is directed to

22  maintain this case in an open status for 30 days, and before closing the matter to provide notice to the

23  Government of the intent to close the file.

24      **IT IS SO ORDERED.**

25      Dated this 7th day of May, 2008.

26

27                          _____
                            RONALD B. LEIGHTON
28                          UNITED STATES DISTRICT JUDGE

ORDER
Page - 1