| | |
|---|---|
| 1 | Hon. Ronald B. Leighton |

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| IN THE MATTER OF MOUSSA SYLLA, A# 93-436-832, | ) ) ) ) ) ) ) | No. MC08-5009-RBL<br><br>STIPULATION AND<br>ORDER DISMISSING MATTER |

Moussa Sylla and the U.S. Department of Homeland Security, U. S. Immigration and Customs Enforcement ("ICE"), by and through their undersigned counsel, hereby stipulate and jointly move in the above-captioned matter as follows:

ICE applied for and was granted a series of orders allowing it to provide involuntary medical care, nutrition and hydration to Mr. Sylla while he was incarcerated as a civil detainee at the Northwest Detention Center in Tacoma, Washington. As of June 30, 2008, Petitioner has been removed by ICE to Senegal, West Africa, see Notice of Removal of Detainee dated July 21, 2008 (Dkt. 16), mooting the above-captioned matter.

//

//

//

STIPULATION AND ORDER DISMISSING MATTER - 1
(No. MC08-5009-RBL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1     Accordingly, the parties hereby jointly move the Court for an order dismissing, without

2 prejudice, the above-captioned matter, without claim of either party for attorney's fees or costs.

4 Respectfully submitted,

7 /s/ *Jay W. Stansell*                      DATED: *September 9, 2008*
JAY W. STANSELL, WSBA #18752
Assistant Federal Public Defender
8 Attorney for Moussa Sylla

10 JEFFREY C. SULLIVAN
United States Attorney

12 /s/ *Robert P. Brouillard*                DATED: *September 9, 2008*
ROBERT P. BROUILLARD, WSBA #19786
13 Assistant United States Attorney
Attorneys for ICE

15 **<u>ORDER</u>**

16     The above is SO ORDERED.

17     DATED this 11th day of September, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER DISMISSING MATTER - 2
(No. MC08-5009-RBL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970